RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Nathaniel Royal

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATHANIEL ROYAL,<br><br>                    Defendant. | Case No. 2:21-CR-00239-JCM-BNW-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Nathaniel Royal, that the Sentencing hearing currently scheduled for August 5, 2022 at 10:00 am, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to meet with Mr. Royal and thoroughly prepare the case for sentencing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue sentencing hearing filed herein.

DATED this 7th day of July, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Kimberly Anne Sokolich*<br>By_____<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHANIEL ROYAL,<br><br>    Defendant. | Case No. 2:21-CR-00239-JCM-BNW-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, August 5, 2022 at 10:00 a.m., be vacated and continued to **September 9, 2022, at 11:00 a.m.**; or to a time and date convenient to the court.

DATED July 8, 2022.

_____
UNITED STATES DISTRICT JUDGE